IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| MELANIE J. VEAZEY, | ) |
| Plaintiff, | ) |
| v. | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) Civil Action No. 5:12-CV-029-C<br>) ECF |

## ORDER

Plaintiff is appealing an adverse decision of Defendant, Michael J. Astrue, Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g). A United States Magistrate Judge filed a Report and Recommendation on September 28, 2012, and Plaintiff filed objections to the Report and Recommendation on October 4, 2012. The Court has made a *de novo* review of the records and finds Plaintiff's objections to be without merit. The Court further finds that the ALJ applied correct legal standards and that substantial evidence supports the decision.

It is, therefore, ORDERED that Plaintiff's objections are OVERRULED, the Magistrate Judge's Report and Recommendation is ADOPTED by the Court, and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

Dated this 27th day of December, 2012.

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE